UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**DEBBIE JAMES**                                    **CIVIL ACTION NO. 6:16-cv-0055**

**VERSUS**                                          **JUDGE ROBERT G. JAMES**

**U.S. COMMISSIONER,**                              **MAGISTRATE JUDGE WHITEHURST**
**SOCIAL SECURITY ADMINISTRATION**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**, and this matter is **DISMISSED WITH PREJUDICE**.

Signed at Monroe, Louisiana, on this 25th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE